Argued and submitted May 23, appeal dismissed June 27, reconsideration denied October 12, petition for review denied October 30, 1984 (298 Or 150)

STEVEN CRAIG COLLINS,
*Appellant,*

*v.*

CUPP,
*Respondent.*

(143,295; CA A29609)

682 P2d 831

Michael Curtis, Salem, argued the cause and filed the brief for appellant.

Scott J. McAlister, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Linda Devries, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

**PER CURIAM**

Petitioner, who had been imprisoned at the Oregon State Correctional Institution, appeals an order denying his petition for a writ of habeas corpus, which challenged his placement in the Psychiatric Security Unit of the Oregon State Penitentiary. Defendant moves to dismiss the appeal as moot, because petitioner is no longer confined in the Psychiatric Security Unit. The motion is allowed.

Appeal dismissed.